# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sara Backer,

  Plaintiff(s),

v.

Host International, Inc., et al.,

  Defendant(s).

Case No. 2:26-cv-00069-JAD-BNW

**Order**

The Court ordered the parties to exchange initial settlement proposals and to then file a notice as to whether proceeding with the scheduled early neutral evaluation session would be futile. Docket No. 6. The parties filed a notice that "an early neutral evaluation would be beneficial to an early resolution of the case." Docket No. 18 at 1-2. The Court has now received the parties' *in camera* evaluation statements, which show that Plaintiff is currently asking for 80 times more money than the amount currently offered by Defendant. Such disparity leads to one of two conclusions, either (1) the parties are not exchanging settlement offers with the required good faith or (2) proceeding with an early neutral evaluation would be futile. In either scenario, the Court declines to expend its scarce resources preparing for and presiding over this early neutral evaluation. *See* Local Rule 16-6(c) ("The evaluating magistrate judge has final authority to . . . exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable"). Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: March 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1